

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0375

FILED

08/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0375

PETER GRIGG,

    Plaintiff and Appellant,

v.

SENATOR JON TESTER,

    Defendant and Appellee.

FILED

AUG 24 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

    It has come to this Court's attention that this appeal is not properly before us. On August 2, 2021, self-represented Appellant Peter Grigg filed a Notice of Appeal of a July 22, 2021 Order from the United States District Court for the District of Montana, Missoula Division (Cause No. CV 21-40-M-DWM). The Montana Supreme Court is a state court and has no jurisdiction over federal matters. Peter may seek relief with a federal court of appeals. Upon good cause, therefore,

    IT IS ORDERED that this appeal is DISMISSED *sua sponte*.

    The Clerk of the Supreme Court is directed to close this case as of this Order's date.

    The Clerk is also directed to send a copy of this Order to counsel of record and to Peter Grigg personally.

    DATED this ____ day of August, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices